UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PECH SOK,<br><br>  Petitioner,<br><br>  v.<br><br>SANDRA PENNYWELL,<br><br>  Respondent. | Case No.: 1:13-cv-00935-JLT<br><br>ORDER TO SHOW CAUSE WHY THE STAY SHOULD NOT BE LIFTED FOR FAILURE TO SUBMIT STATUS REPORTS<br><br>ORDER FOR PETITIONER TO FILE RESPONSE WITHIN THIRTY DAYS |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## PROCEDURAL HISTORY

The instant petition was filed on June 19, 2013. (Doc. 1). The petition raises the following claims: (1) Petitioner's Fifth Amendment rights were violated when he was given Miranda warnings despite his poor understanding of English; and (2) the trial court erred in permitting a third expert to evaluate Petitioner's competency to stand trial. (Doc. 1, p. 4). Concurrent with the filing of the petition, Petitioner filed a motion to stay proceedings while he exhausts additional claims in state court. (Doc. 3). Petitioner indicates that, in addition to the claims already exhausted, he wishes to exhaust the following additional claims: (1) Petitioner's Fifth and Sixth amendment rights were violated when police elicited incriminating statements from Petitioner after his arrest; (2) the trial judge violated Petitioner's due process rights by using three experts conclude that Petitioner was

competent to stand trial; (3) ineffective assistance of trial counsel for failing to conduct a reasonable pre-trial investigation; (4) Petitioner's due process rights were violated when he was tried while incompetent; (5) Petitioner's Fifth Amendment rights were violated when the prosecutor, in closing argument, indirectly referenced Petitioner's failure to testify; and (6) Petitioner was denied the right to effective assistance of trial counsel because counsel failed to request that the jury be polled after the verdict was read. To date, Respondent has not filed an opposition to the motion to stay proceedings.

On June 27, 2013, the Court granted Petitioner's request for issuance of a stay of proceedings. (Doc. 6). That order, however, expressly required Petitioner to submit regular status reports every sixty days to inform the Court of the status of Petitioner's exhaustion efforts. Petitioner filed his first status report on August 19, 2013. (Doc. 8). However, since that date, a period of almost seven months, Petitioner has not filed any status reports. Indeed, the Court has not had any communication from Petitioner since the filing of the August 19, 2013 status report.

**ORDER TO SHOW CAUSE**

Accordingly, Petitioner is required to SHOW CAUSE within thirty days of the date of service of this Order why the stay should not be lifted and the proceedings resume due to Petitioner's failure to file regular status reports as required by the order dated June 27, 2013.

IT IS SO ORDERED.

Dated:   **March 13, 2014**            **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE